United States District Court
Southern District of Texas
**ENTERED**
March 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ACT PROFESSIONAL PLAZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00416 |
| | § | |
| SCOTTSDALE INSURANCE | § | |
| COMPANY; cp NATIONWIDE MUTUAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule

of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when the dismissal

stipulation is signed by all parties who have appeared. Here, the dismissal stipulation is signed

by all parties who have appeared.[2] Accordingly, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of March, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 23.
[2] *See id*. p. 2.